In the Matter of the Application of DOMINICK DALESSANDRO, Appellant, for an. Order to Strike from the Enrollment Book of the Sixteenth Election District of the First Assembly District, in the County of New York, the Name of JAMES O'BRIEN.

THE COMMISSIONERS OF THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.

In the Matter of the Application of BERNARD GILES, Appellant, for an Order to Strike from the Enrollment Book of the Twentieth Election District of the Twenty-fifth Assembly District, in the County of New York, the Name of HENRY TITUS.

THE COMMISSIONERS OF THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.

In the Matter of the Application of LANDON T. DAVIES, Appellant, for an Order to Strike from the Enrollment Book of the Twenty-seventh Election District of the Twenty-fifth Assembly District, in the County of New York, the Name of JOHN McGUIRE.

THE COMMISSIONERS OF THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.

*Matter of O'Brien,* 117 App. Div. 628, affirmed.
*Matter of Titus,* 117 App. Div. 621, affirmed.
*Matter of McGuire,* 117 App. Div. 637, affirmed.
(Argued April 2, 1907; decided April 16, 1907.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the

first judicial department, entered February 15, 1907, which affirmed· an order of Special Term denying the application therein.

*James H. Hickey* for appellants.

*William. B. Ellison*, Corporation Counsel (*Royal E. T. Riggs* and *Theodore Connoly* of counsel); for respondents.

Orders affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.